UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
MARIE LOUIS,

                             Plaintiff,

   -against-

JO ANNE B. BARNHART, Commissioner of the
Social Security Administration,

                         Defendant.
---------------------------------------------------------------------X

JUDGMENT
05-CV- 0346 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 4 2006 ★

BROOKLYN OFFICE

     An Order of Honorable David G. Trager, United States District Judge, having
been filed on July 31, 2006, reversing and remanding the case to the Commissioner for
calculation of benefits, for the reasons stated on the record at the hearing held on July 27,
2006, pursuant to the fourth sentence of 42 U.S..C. § 405(g); it is

     ORDERED and ADJUDGED that the case is reversed and remanded to the
Commissioner for calculation of benefits, for the reasons stated on the record at the hearing
held on July 27, 2006.

Dated: Brooklyn, New York
       August 01, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court